

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| MARIO ERNESTO MARTELL, | § | No. 08-18-00180-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 990D03958) |
|  | § |  |

## O R D E R

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **February 24, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Evangelina Morales, Official Court Reporter for the Criminal  District Court No. 1, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before February 24, 2019.

IT IS SO ORDERED this 11th day of January, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.